**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

ANA LUISA CEBALLO                          CHAPTER    7
                                           CASE NO.    23-12678-LMI

Debtor.

_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**FILED BY TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC**
**REGARDING 2017 MERCEDES-BENZ C CLASS, VIN 55SWF4JB2HU229906**

Creditor, TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), moves this Court for entry of a final order granting relief from stay as to property of the estate of the above-named Debtor, and in support thereof would show:

1.      The Debtor filed the instant Chapter 7 case on April 5, 2023.

2.      TD Bank is a creditor of the Debtor by virtue of a Retail Installment Sale Contract ("Contract") dated November 1, 2020, whereunder the Debtor purchased a 2017 Mercedes-Benz C Class, VIN 55SWF4JB2HU229906 ("Vehicle"), and the Contract was assigned to TD Bank for value and in good faith.  A true and correct copy of the Contract is attached hereto and incorporated herein.

3       Said Contract grants TD Bank a security interest in the Vehicle, and the security interest is perfected by notation of TD Bank's lien on the Certificate of Title.  A true and correct copy of the Vehicle Information Check from the Florida Department of Highway Safety and Motor Vehicles is attached hereto and incorporated herein.

4.      Debtor is in default under the terms of the Contract in the amount of $16,727.76 by failing to pay the December 16, 2020 payment and all subsequent due payments.

5.      The J.D. Power wholesale value of the Vehicle, assuming average mileage and good condition, is $21,075.00; however, the payoff amount is $41,099.20.  A true and correct copy of the J.D. Power Report is attached hereto and incorporated herein.

6.      Pursuant to 11 U.S.C. §§ 361 and 363, TD Bank is entitled to adequate protection for its interests in the subject Vehicle.

7.      The failure by Debtor to make timely payments has deprived TD Bank of the adequate protection to which it is entitled with respect to the subject Vehicle, which constitutes grounds for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1).

8.      Pursuant to 11 U.S.C. §362(d)(2), the automatic stay should be terminated as to TD Bank, its Vehicle and the proceeds thereof, as there is no equity in the Vehicle, and it is not necessary for the effective reorganization of Debtor.

9.      All conditions precedent to the relief demanded herein have been performed or have occurred.

10.     To the extent, if any, an additional fourteen (14) day stay pertains pursuant to Rule 4001(a) or any other applicable rule, TD Bank requests that this Court use its prerogative to suspend the effectiveness of such Rule in this proceeding because the Vehicle easily can be moved, secreted, and/or damaged within the fourteen day period.  In addition, TD Bank prays that the Court suspend the Rule in all instances in which the Debtor consents.

TD Bank prays that:

1.      The automatic stay be terminated as to TD Bank, its Vehicle and the proceeds thereof, so that TD Bank may proceed with any and all remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code effective immediately, and TD Bank is not stayed for fourteen (14) days before exercising its rights and remedies; and

2.　　TD Bank have such further and other relief to which it may be entitled in the premises.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Pursuant to Local Rule 9073-1(D) movant's attorney has contacted counsel for all adverse parties to attempt to resolve the matter without hearing.

/s/ Bertis A. Echols, III
Bertis A. Echols, III, Esquire
Florida Bar Number 0063387
Attorneys for the Creditor TD Bank, N.A.,
successor in interest to TD Auto Finance LLC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 525-6781
(901) 248-6854 (fax)
bechols@evanspetree.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Motion for Relief from the Automatic Stay, with supporting exhibits and Affidavit, was furnished by electronic or First Class U.S. Mail postage prepaid to Debtor, Ana Luisa Ceballo, 10320 NW 28th Court, Miami, FL 33147; Attorney for Debtor, Ismael Jose Labrador, 8492 SW 8th St., Miami, FL 33144; Trustee, Barry E. Mukamal, PO Box 14183, Fort Lauderdale, FL 33302; Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130, on this **21st** day of April, 2023.

/s/ Bertis A. Echols, III
Bertis A. Echols, III, Esquire
Florida Bar Number 0063387